# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2017

153828

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 153828
COA: 324018
Wayne CC: 14-000152-FC

THEODORE PAUL WAFER,
      Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the April 5, 2016 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing whether the trial court's denial of the defendant's request for a jury instruction on the rebuttable presumption at MCL 780.951(1) of the self-defense act violated the defendant's rights to present a defense and to a properly instructed jury. The parties should not submit mere restatements of their application papers.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2017



Clerk

t0117